BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
DONNA W. ANDERSON, PSBN 46355
    Special Assistant United States Attorney160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8945
    Facsimile: (415) 744-0134
    E-Mail: Jennifer.A.Kenney@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL WEGHORST SHAW, | Case No.  1:15-cv-1409-SKO |
| Plaintiff, | **STIPULATION AND ORDER FOR AN EXTENSION OF TIME** |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |
| _____/ | |

    IT IS STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to lodge the certified administrative record be extended for 60 days until April 4, 2016.  This is Defendant's first request for an extension of time to lodge the certified administrative record.  The Court Case Preparation Branch of the agency's Office of Disability Adjudication and Review has requested additional time as they are still waiting to receive a transcript of the administrative hearing.  Plaintiff's counsel does not object and agrees that all subsequent deadlines should be accordingly extended.

|  | Respectfully submitted, |
|---|---|
| Date: February 2, 2016 | Law Offices of Lawrence D. Rohlfing |

By: /s/ *Monica Perales**
Monica Perales
Attorney for Plaintiff
(* By e-mail authorization on 02/02/16)

Dated: February 2, 2016       BENJAMIN B. WAGNER
                              United States Attorney
                              DEBORAH LEE STACHEL
                              Acting Regional Chief Counsel, Region IX
                              Social Security Administration

By:   */s/ Donna W. Anderson*
      DONNA W. ANDERSON
      Special Assistant U.S. Attorney
      Attorneys for Defendant

## ORDER

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that Defendant shall lodge the administrative record by no later than April 4, 2016.  All other deadlines shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **February 4, 2016**              **/s/ Sheila K. Oberto**
                                           UNITED STATES MAGISTRATE JUDGE