Cyrus Safa
Attorney at Law: 282971
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
CAROL R. WEGHORST SHAW

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL R. WEGHORST SHAW<br><br>　　　　Plaintiff,<br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security.<br><br>　　　　Defendant. | Case No.:  1:15-cv-01409-SKO<br><br>STIPULATION TO EXTEND TIME TO FILE OPENING BRIEF; ORDER |

　　　　Plaintiff Carol R. Weghorst Shaw and Defendant Carolyn W. Colvin, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 14 days from June 30, 2016 to July 14, 2016 for Plaintiff to file a Opening Brief, with all other dates in the Court's Order Concerning Review Of Social Security Cases extended accordingly. This request is made at the request of Plaintiff's counsel who has had a sudden, dramatic increase in case load due to the recent, unexpected departure of an attorney from this law firm.  An extension will allow additional time to fully

-1-

research the issues presented.  Plaintiff's counsel sincerely apologizes for any inconvenience this request has on the court, its staff, and all parties involved.

DATE: June 30, 2016         Respectfully submitted,

                            LAW OFFICES OF LAWRENCE D. ROHLFING

                              /s/ *Cyrus Safa*
                    BY: _____
                              Cyrus Safa
                              Attorney for plaintiff Ms. Carol R. Weghorst Shaw

DATE:  June 30, 2016

                              PHILLIP TALBERT
                              Acting United States Attorney
                              DEBORAH LEE STACHEL
                              Acting Regional Chief Counsel, Region IX
                              Social Security Administration

                              /s/ *Donna W. Anderson*
                    BY: _____
                              Donna W. Anderson
                              Special Assistant United States Attorney
                              Attorneys for defendant Carolyn W. Colvin
                              |*authorized by e-mail|

<u>ORDER</u>

    The Court is in receipt of the above Stipulation to Extend Time to File Opening Brief.  (Doc. 16.)   Pursuant to the Court's Scheduling Order entered September 18, 2015 (Doc. 5), Plaintiff Carol R. Weghorst Shaw's  ("Plaintiff") opening brief was due June 30, 2016, the same day on which Plaintiff filed the present request for extension.

Requests for extension are governed by Rule 144 of the Local Rules of the United States District Court, Eastern District of California ("Local Rules").  Local Rule 144(d) explains that "[r]equests for Court-approved extensions brought on the required filing date for the pleading or other document are looked upon with disfavor."  The parties are hereby admonished that any future requests for extensions of time shall be brought in advance of the required filing date.  However, given Plaintiff's counsel's representations regarding his increased case load, and the fact that Defendant Commissioner consents to the request, the Court GRANTS the parties' request for an extension.

IT IS HEREBY ORDERED that Plaintiff is granted an extension of time, up to and including July 14, 2016, to file her opening brief.  All other deadlines set forth in the Scheduling Order (Doc. 5) are modified accordingly.

IT IS SO ORDERED.

Dated:   **July 5, 2016**                                        /s/ *Sheila K. Oberto*
                                                       UNITED STATES MAGISTRATE JUDGE