PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Acting Regional Chief Counsel, Region IX
Social Security Administration
DONNA W. ANDERSON, PSBN 46355
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone:  (415) 977-8943
    Facsimile:  (415) 744-0134
    E-mail: Donna.W.Anderson@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| CAROL R. WEGHORST SHAW, ) | Case No. 1:15-cv-01409-SKO |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER FOR |
| v. ) | AN EXTENSION OF TIME |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

    IT IS STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to file her Answering Brief be extended until September 12, 2016.  This is Defendant's first request for an extension of time to file her Answering Brief.  Defense counsel requires additional time to fully review the administrative record and consider the government's

position due to time lost as a result of leave taken in July for vacation and illness. Plaintiff's counsel does not object and agrees that all subsequent deadlines should be accordingly extended.

                Respectfully submitted,

Date:  August 10, 2016      Law Offices of Lawrence D. Rohlfing

            By: /s/ *Cyrus Safa**
               CYRUS SAFA
               Attorney for Plaintiff
               (* By e-mail authorization on 08/10/16)

Dated: August 10, 2016      PHILLIP A. TALBERT
               United States Attorney
               DEBORAH LEE STACHEL
               Acting Regional Chief Counsel, Region IX
               Social Security Administration

            By: /s/ *Donna W. Anderson*
               DONNA W. ANDERSON
               Special Assistant U.S. Attorney
               Attorneys for Defendant

## **ORDER**

Based on the above stipulation, IT IS HEREBY ORDERED that:

1. The parties' stipulated request for an extension of time for Defendant to file her responsive brief is GRANTED;

2. Defendant's responsive brief shall be filed **on or before September 12, 2016**; and

//
//
//

3. Plaintiff may file an optional reply brief **on or before September 30, 2016.**

IT IS SO ORDERED.

Dated:  **August 11, 2016**                                  /s/ *Sheila K. Oberto*
                                                           UNITED STATES MAGISTRATE JUDGE