PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
DONNA W. ANDERSON, PSBN 46355
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone:  (415) 977-8943
    Facsimile:  (415) 744-0134
    E-mail: Donna.W.Anderson@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| CAROL R. WEGHORST SHAW, ) | Case No. 1:15-cv-01409-SKO |
| ) | |
|     Plaintiff, ) | |
| ) | STIPULATION AND ORDER FOR |
|         v. ) | AN EXTENSION OF TIME |
| ) | |
| CAROLYN W. COLVIN, ) | (Doc. 21) |
| Commissioner of Social Security, ) | |
| ) | |
|     Defendant. ) | |
| ) | |

    IT IS STIPULATED, by and between the parties, through their respective counsel of record, to extend the time for Defendant to file her Answering Brief to October 12, 2016.  This is Defendant's second request for an extension of time to file her Answering Brief.  Defense counsel requires additional time to further consider the government's position due to time spent on a case of first impression

1

before the Ninth Circuit Court of Appeals requiring input from other agency components, unexpected proceedings in an EEOC case that have required immediate action by numerous agency components, several EEOC depositions that must be completed before the end of the fiscal year, and administrative tasks that must be completed before the end of the fiscal year.  Plaintiff's counsel does not object and agrees that all subsequent deadlines should be accordingly extended.

Respectfully submitted,

Date:  September 12, 2016          Law Offices of Lawrence D. Rohlfing

By:   /s/ *Cyrus Safa**
      CYRUS SAFA
      Attorney for Plaintiff
      (* By e-mail authorization on 09/12/16)

Dated: September 12, 2016          PHILLIP A. TALBERT
                                   United States Attorney
                                   DEBORAH LEE STACHEL
                                   Regional Chief Counsel, Region IX
                                   Social Security Administration

                             By:    /s/ *Donna W. Anderson*
                                   DONNA W. ANDERSON
                                   Special Assistant U.S. Attorney
                                   Attorneys for Defendant

**ORDER**

Based on the above stipulation, IT IS HEREBY ORDERED that:

1. The parties' stipulated request for an extension of time for Defendant to file her responsive brief is GRANTED;

2. Defendant's responsive brief shall be filed on or before October 12, 2016; and

3.     Plaintiff may file an optional reply brief on or before October 31, 2016.

IT IS SO ORDERED.

Dated:   **September 13, 2016**                    /s/ *Sheila K. Oberto*
                                             UNITED STATES MAGISTRATE JUDGE