UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| CAROL R. WEGHORST SHAW,<br><br>    Plaintiff,<br>  v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security,<br><br>    Defendant. | ) Case No. 1:15-cv-1409-SKO<br>)<br>) ORDER GRANTING THE PARTIES'<br>) STIPULATED REQUEST TO<br>) REMAND PURSUANT TO<br>) SENTENCE FOUR OF 42 U.S.C. §<br>) 405(g)<br>)<br>) (Doc. 23)<br>)<br>) |

    Based upon the parties' Stipulation for Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g), and Request for Entry of Judgment in Favor of Plaintiff and Against Defendant ("Stipulation for Remand") filed October 7, 2016 (Doc. 23), and for cause shown, IT IS ORDERED that the above-captioned action be remanded to the Commissioner of Social Security for further administrative proceedings consistent with the terms of the Stipulation for Remand.

    The Clerk of the Court is HEREBY DIRECTED to close this file pursuant to the parties' Stipulation for Remand.

IT IS SO ORDERED.

Dated:   **October 16, 2016**                /s/ *Sheila K. Oberto*
                                                               UNITED STATES MAGISTRATE JUDGE