UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| CAROL R. WEGHORST SHAW, | ) Case No. 1:15-cv-1409-SKO |
| | ) |
|     Plaintiff, | ) ORDER DIRECTING THE CLERK |
|   v. | ) OF COURT TO ENTER JUDGMENT |
| | ) IN FAVOR OF PLAINTIFF |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of | ) |
| Social Security, | ) |
| | ) |
|     Defendant. | ) |
| | ) |

On October 17, 2016, the Court ordered that the above-captioned action be remanded to the Commissioner of Social Security for further administrative proceedings consistent with the terms of the parties' Stipulation for Remand (Doc. 23) and directed the Clerk of Court to close the case. (Doc. 24.)

Pursuant to that Order and the Stipulation of Remand, the Clerk of Court is HEREBY DIRECTED to enter judgment in favor of Plaintiff.

IT IS SO ORDERED.

Dated:  **January 11, 2017**                         /s/ *Sheila K. Oberto*
                                                                                             UNITED STATES MAGISTRATE JUDGE